

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-01047-CV |
| Style: | George W. Campbell and Sheila Smith v. DLJ Mortgage Capital, Inc. |
| | Its Successors and/or Assigns |
| Date motion filed*: | February 13, 2019 |
| Type of motion: | Opposed Motion to Extend Time to File Fees and Reporters Record |
| Party filing motion: | Appellants George W. Campbell and Sheila Smith |
| Document to be filed: | Evidence of Payment of Clerk's and Reporter's Records & Filing Fees |

Is appeal accelerated?    No

If motion to extend time:

    Original due date:    12/17/18 (Filing Fee) & 1/14/19 (Record Fees)

    Number of extensions granted:    0  Current Dates: 1/28/19 (Filing) & 2/13/19 (Record)

    Date Requested:    February 28, 2019

Ordered that motion is:

    ☑ Granted; if documents are to be filed, documents due:  February 28, 2019.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☑ Other: _____

    Appellants' opposed "Motion to Extend Time to File Fees and Reporters Record,"
    construed as a motion for an extension of time to pay the appellate filing, clerk's record,
    and reporter's record fees, is **granted until February 28, 2019.** *See* TEX. R. APP. P.
    5, 37.3(b), (c).

Judge's signature: /s/ Laura Carter Higley_____

                ☒ Acting individually

Date:    February 21, 2019_____